UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| EDREKIAL MOORE, | ) | |
| Plaintiff, | ) | No. 1:19-cv-884 |
| | ) | |
| -v- | ) | Honorable Paul L. Maloney |
| | ) | |
| DAVID DURKEE and ORIN HOLDER, | ) | |
| Defendants. | ) | |
| | ) | |

## JUDGMENT

In accordance with the order entered on this date (ECF No. 16), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  April 22, 2020                    /s/ Paul L. Maloney
                                         Paul L. Maloney
                                         United States District Judge